UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROWLAND YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOURE MUHAMMAD,<br><br>　　　　　Defendant. | Case No. 12-7989 GHK(JC)<br><br>(~~PROPOSED~~)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that summary judgment is granted in favor of defendants Captain Gonzalez and Toure Muhammad and against plaintiff.

　　　IT IS SO ADJUDGED.

　　　DATED:　　2/24/16

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. KING
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE